UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| KEVIN LEONARDO RIVERA GALINDO, | ) | Case No. 2:26-cv-03498-JDE |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CYNTHIA ARMANT, Warden of Desert View Facility, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Regarding Petition, IT HEREBY IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: April 20, 2026 _____          _____

JOHN D. EARLY
United States Magistrate Judge